IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONDA ALEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIGHTFIRE PARTNERS, LLC<br><br>　　　　　Defendant. | Case No. 5:22-cv-00330 |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

Please take notice that, pursuant to Local Rule 7.1(a)(2) and (b)(5), the Plaintiff respectfully presents this Notice of Motion for Class Certification pursuant to Rule 23 of the Federal Rules of Civil Procedure. A Court Conference was previously held where the Court set a deadline for a motion for class certification of December 11, 2023. ECF No. 56. In support thereof, the Plaintiff relies upon the Memorandum in Support, the attached Exhibits, and the attached Declarations of Rhonda Aley and Anthony Paronich.

　　　　　　　　　　　　　　　　　　　　　　For the Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

Dated: December 10, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this December 10, 2023, I electronically filed the foregoing using the CM/ECF system, and that notice of such filing was made electronically to the registered counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich