IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONDA ALEY, individually and on behalf of a class of all persons and entities similarly situated,<br>        Plaintiff,<br><br>v.<br><br>LIGHTFIRE PARTNERS, LLC<br><br>        Defendant. | Case No. 5:22-cv-00330 |

**SEALING ORDER**

A confidentiality order having been entered in this matter on December 7, 2022, (ECF No. 5), and having reviewed the Plaintiff's Motion for Class Certification, and said motion containing confidential information covered by the order, it is hereby ORDERED that the redacted version of Plaintiff's Motion for Class Certification shall appear for public inspection on ECF and that the unredacted version of the same shall remain SEALED until further order of the Court.

Dated: August 30, 2024

SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge