# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONDA ALEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>LIGHTFIRE PARTNERS, LLC<br><br>   Defendant. | Case No. 5:22-cv-00330 |

## ENTRY OF APPEARANCE

  Please enter my appearance as counsel of record for Plaintiff and the Certified Class in the above-captioned matter.

         */s/ Andrew Roman Perrong*
         Andrew Roman Perrong, Esq.
         Perrong Law LLC
         2657 Mount Carmel Avenue
         Glenside, Pennsylvania 19038
         Phone: 215-225-5529 (CALL-LAW)
         Facsimile: 888-329-0305
         a@perronglaw.com

## CERTIFICATE OF SERVICE

  I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 17, 2024

         */s/ Andrew Roman Perrong*
         Andrew Roman Perrong, Esq.