# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONDA ALEY, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) **Case No.: 22-CV-330** ) **(GTS/TWD)** |
| vs. | ) ) |
| LIGHTFIRE PARTNERS, LLC, | ) ) |
| Defendant. | ) |

## STATUS REPORT

The parties are filing this Status Report in response to the Court's October 16, 2024 Order (ECF No. 97). While the parties have not finalized a mediator or date for mediation, they are discussing mediators and ask until November 11, 2024 to file a further status report on mediation.

Dated: October 31, 2024

Plaintiff,
By Counsel,

By: _/s/ Anthony Paronich_
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*/s/ John Fitzpatrick*
John Fitzpatrick (ARDC #6277475)
Cunningham Dalman PC
321 Settlers Road
Holland, MI 49423
(616) 392-1821
jfitzpatrick@cunninghamdalman.com

Counsel of record for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I filed the foregoing with the Clerk of Court, which will automatically send notification of such filing to all attorneys of record.

 */s/ Anthony Paronich*_____