**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHONDA ALEY, on behalf of herself and<br>others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHTFIRE PARTNERS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)  **Case No.: 22-CV-330**<br>)  **(GTS/TWD)**<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

The parties are filing this Status Report in response to the Court's prior Order to notify the Court that the parties have agreed to use Stephen T. Helmer as a mediator and are working with his office to schedule the mediation.

Dated: November 18, 2024   Plaintiff,
           By Counsel,

           By:  */s/ Anthony Paronich*
             Anthony I. Paronich
             Paronich Law, P.C.
             350 Lincoln Street, Suite 2400
             Hingham, MA 02043
             Telephone: (508) 221-1510
             anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I filed the foregoing with the Clerk of Court, which will automatically send notification of such filing to all attorneys of record.

         */s/ Anthony Paronich*