# MANDATE

N.D.N.Y.
22-cv-330
Nardacci, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand twenty-five.

Present:
> John M. Walker, Jr.,
> Beth Robinson,
> Sarah A. L. Merriam,
> > *Circuit Judges*.

---

Lightfire Partners, LLC,

*Petitioner*,

v.                                                                                        24-2539

Rhonda Aley, on behalf of herself and others similarly situated,

*Respondent*.

---

Petitioner requests, under Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting class certification. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/08/2025