IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rhonda Aley, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:22-cv-00330-AMN-TWD |
| | ) |
| | ) Hon. District Judge Anne M. Nardacci |
| vs. | ) |
| | ) |
| Lightfire Partners, LLC | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff Rhonda Aley and Defendant Lightfire Partners, LLC, by and through their undersigned attorneys, hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Stipulated to by:

By: /s/ John D. Fitzpatrick

John Fitzpatrick (ARDC #6277475)
Cunningham Dalman PC
321 Settlers Rd.
Holland, MI 49423
(616) 392-1821
jfitzpatrick@cunninghamdalman.com

Counsel for Defendant
Lightfire Partners, LLC

Dated: September 6, 2025

By: /s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
215-225-5529 (CALL-LAW)
a@perronglaw.com

Counsel for Plaintiff
Rhonda Aley

IT IS SO ORDERED:

*Anne M. Nardacci*
Anne M. Nardacci
U.S. District Judge

Dated: September 9, 2025
Albany, NY

1